UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-cr-21-DJH

EUGENE SANDERS,     Defendant.

\* \* \* \* \*

## ORDER

On the Court's own motion, it is hereby

**ORDERED** as follows:

(1)  The Order entered January 17, 2025 (Docket No. 40) is **WITHDRAWN**.

(2)  This matter is set for a hearing on **February 3, 2025, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. The defendant **SHALL** be present at the hearing.

January 21, 2025

David J. Hale, Judge
United States District Court