UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:23-cr-021-DJH-CHL |
| EUGENE SANDERS, | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court on the United States Probation Office's request for a modification of the conditions of Defendant Eugene Sanders' supervised release (Docket No. 40) on February 3, 2025, with the following counsel participating:

    For the United States:    Frank Dahl

    For Defendant:    Don Meier

The defendant was present. The Court heard argument on the requested modification and recessed the hearing to permit counsel and U.S. Probation to attempt to resolve the issue. Following the recess, counsel reported that they were unable to come to an agreement. The Court heard additional argument from the parties and was persuaded of the necessity of the requested modification. (*See* D.N. 39) Accordingly, based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)    The conditions of Defendant Sanders' supervised release are **MODIFIED** as requested by the U.S. Probation Office. (D.N. 40) For the reasons stated on the record, the Court will permit reconsideration of the scope of the restrictions after thirty days.

(2)   Pursuant to 28 U.S.C. § 636(b)(3), this matter is **REFERRED** to U.S. Magistrate Judge Colin H. Lindsay to conduct a compliance hearing in approximately thirty days.

February 3, 2025

David J. Hale, Judge
United States District Court

Court Time: 00/40
Court Reporter: Dena Legg

cc: Magistrate Judge Colin H. Lindsay