UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.                                                **CRIMINAL ACTION NO. 3:23-CR-21-DJH**

**EUGENE SANDERS**                                                     **DEFENDANT**

## **ORDER**

The above-styled case was called on March 11, 2025, before the Honorable Colin H. Lindsay, United States Magistrate Judge. The purpose of the hearing was to discuss the defendant's ongoing compliance with the terms of his supervised release. The defendant appeared with Assistant Federal Defender Don Meier, appointed counsel. Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The proceeding was digitally recorded.

The Court was advised that the defendant is compliant with the terms of his release. Accordingly, as stated on the record,

**IT IS HEREBY ORDERED** that the defendant shall remain on original conditions of release along with the modification ordered by Judge Hale on February 3, 2025 (DN 42). The Court will not make any changes to the defendant's conditions at this time.

March 14, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

0|10